IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-CR-0210** |
| **v.** | : | |
| **ANTHONY ROWE** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion for judgment of acquittal or, in the alternative, for a new trial (Doc. 69) is **DENIED**.

                                                                         s/Sylvia H. Rambo
                                                                         SYLVIA H. RAMBO
                                                                         United States District Judge

Dated: August 16, 2017